**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

RENEE WILLIAMS,

Plaintiff,

-against-

26 **CIVIL** 6482 (GBD)

# JUDGMENT

DOUGLAS A. COLLINS; YESENIA MATA; VIVIANA DECOHEN; JOEL EVANS; US DEPARTMENT OF VETERANS SERVICES; NEW YORK (STATE DEPARTMENT OF VETERANS SERVICES; NEW YORK (CITY DEPARTMENT OF VETERANS SERVICES; DEPARTMENT OF VETERANS SERVICES,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 5, 2026, Plaintiff's claims under federal criminal statutes are dismissed for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3), and the balance of the complaint, filed IFP under 28 U.S.C. § 1915(a)(l), is dismissed as frivolous, see 28 U.S.C. § 1915(e)(2)(B)(i). The Court has denied Plaintiff's Application for the Court to Request Pro Bono Counsel. The Court certifies under 28 U.S.C. § 1 915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

August 12, 2026

**TAMMI M. HELLWIG**

______________________________

**Clerk of Court**

**BY:** K. Mango

______________________________

**Deputy Clerk**